UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY GADSON, SR.,

    Plaintiff,

vs.                                  CASE NO. 5:08cv107/RS/MD

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY
WALTER A. McNEIL,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 15). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed because of failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on July 3, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**